UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| City of Pontiac General Employees' Retirement System, on behalf of itself and all others similarly situated | CIVIL ACTION NO.: 1:14-CV-01026 SS |
| vs *Plaintiff* | |
| Hanger, Inc., Vinit Asar, George McHenry | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of Texas }
County of Travis } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the State of Texas

That on **11/19/2014** at **6:26 PM** at **108 Dawn River Cove, Austin, TX 78732**

deponent served a(n) **Summons in a Civil Action and Class Action Complaint for Violations of the Federal Securities Laws**

on **Vinit K. Asar**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: Middle Eastern
Hair: Black
Age: 40 Yrs.
Height: 6' 0"
Weight: 160 Lbs.
Other: Glasses

Sworn to before me this
21st day of November, 2014
_____
NOTARY PUBLIC

NICOLE M. HYBNER
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug. 09, 2016

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279

_____
Mike Gallo
SCH 1630, Exp. 11/30/14

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-01026

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Vinit K. Asar

was received by me on *(date)*  11/19/2014  .

☒ I personally served the summons on the individual at *(place)*  108 Dawn River Cove
Austin, TX 78732   on *(date)*  11/19/2014  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/21/2014

*Server's signature*

Mike Gallo, Process Server
*Printed name and title*

809 Nueces
Austin, TX 78701

*Server's address*

Additional information regarding attempted service, etc: