UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| City of Pontiac General Employees' Retirement System, on behalf of itself and all others similarly situated | CIVIL ACTION NO.: 1:14-CV-01026 SS |
| *Plaintiff* | |
| vs | |
| Hanger, Inc., Vinit Asar, George McHenry | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

State of Texas }
County of Travis } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the State of Texas.

That on **11/19/2014** at **1:27 PM** at **10910 Domain Drive, Suite 300, Austin, TX 78758**

deponent served a(n) **Summons in a Civil Action and Class Action Complaint for Violations of the Federal Securities Laws**

on **Hanger, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Kelly Weiss** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin :  White
Hair : Black
Age : 45 Yrs.
Height : 5' 3"
Weight :130 Lbs.
Other :

Sworn to before me this
21st day of November, 2014
_____
NOTARY PUBLIC

NICOLE M. HYBNER
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug. 09, 2016

_____
Emmanuel F. Morales
SCH-10708, Exp 12/31/16

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279

Case 1:14-cv-01026-SS   Document 5   Filed 11/13/14   Page 2 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-01026

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hanger, Inc.
was received by me on *(date)* 11/19/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kelly Weiss, Corporate Paralegal , who is
designated by law to accept service of process on behalf of *(name of organization)* Hanger, Inc.
at 10910 Domain Drive, Suite 300, Austin, TX 78758 on *(date)* 11/19/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/21/2014                            _____
                                                            *Server's signature*

                                            Emmanuel F. Morales, Process Server
                                                            *Printed name and title*

                                            809 Nueces
                                            Austin, TX 78701
                                                            *Server's address*

Additional information regarding attempted service, etc: