UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| City of Pontiac General Employees' Retirement System, on behalf of itself and all others similarly situated | CIVIL ACTION NO.: 1:14-CV-01026 SS |
| vs | *Plaintiff* |
| Hanger, Inc., Vinit Asar, George McHenry | |
| | *Defendant* |

### AFFIDAVIT OF SERVICE

State of Texas }
County of Travis } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the State of Texas

That on **11/19/2014** at **7:13 PM** at **65 Treehaven Court, The Hills, TX 78738**

deponent served a(n) **Summons in a Civil Action and Class Action Complaint for Violations of the Federal Securities Laws**

on **George McHenry**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: White
Hair: Gray
Age: 60 Yrs.
Height: 6' 4"
Weight: 180 Lbs.
Other:

Sworn to before me this
21st day of November, 2014

NOTARY PUBLIC

NICOLE M. HYBNER
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug. 09, 2016

Mike Gallo
SCH 1630, Exp. 11/30/14

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-01026

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  George McHenry

was received by me on *(date)*  11/19/2014 .

☒ I personally served the summons on the individual at *(place)*  65 Treehaven Court
  The Hills, Texas 78738                                    on *(date)*  11/19/2014  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  _____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  11/21/2014

                                              *[signature]*
                                              Server's signature

                                              Mike Gallo, Process Server
                                              *Printed name and title*

                                              809 Nueces
                                              Austin, TX 78701
                                              *Server's address*

Additional information regarding attempted service, etc: