IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>HANGER, INC., VINIT ASAR, and GEORGE MCHENRY,<br><br>       Defendants. | Case No. 1:14-cv-01026-SS<br><br>CLASS ACTION |

**MOTION OF LACKAWANNA COUNTY EMPLOYEES'
RETIREMENT FUND FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF ITS SELECTION OF COUNSEL**

Putative class member Lackawanna County Employees' Retirement Fund ("Lackawanna County") hereby moves this Court for entry of an Order: (i) appointing Lackawanna County as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (ii) approving Lackawanna County's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel and George Brothers Kincaid & Horton, L.L.P. as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Lackawanna County is the "most adequate plaintiff" pursuant to the PSLRA. In support of this Motion, Lackawanna County submits herewith the Memorandum of Law in Support of the Motion of Lackawanna County Employees' Retirement Fund for Appointment as Lead Plaintiff and Approval of its Selection of Counsel, and the Declaration of Mark L. Kincaid in Support of the Motion of Lackawanna County Employees' Retirement Fund for Appointment as Lead Plaintiff and Approval of its Selection of Counsel.

## COMPLIANCE WITH LOCAL RULE CV-7(i)

This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the PSLRA. Section 21D(a)(3)(B) provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Lackawanna County has no way of knowing who the competing lead plaintiff candidates are at this time. As a result, counsel for Lackawanna County has been unable to confer with opposing counsel as prescribed

in Local Rule CV-7(i), and respectfully requests that the conference requirement of Local Rule CV-7(i) be waived for this motion.

DATED: January 12, 2015

Respectfully submitted,

**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**

*/s/ Mark L. Kincaid*
Mark L. Kincaid (Bar Card No. 11431300)
1100 Norwood Tower
114 West 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
mkincaid@gbkh.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Naumon A. Amjed (*pro hac vice* pending)
Darren J. Check (*pro hac vice* pending)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com

*Counsel for Lackawanna County Employees' Retirement Fund and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2015, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ *Mark L. Kincaid*
Mark L. Kincaid (Bar Card No. 11431300)