IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>HANGER, INC., VINIT ASAR, and GEORGE MCHENRY,<br><br>       Defendants. | Case No. 1:14-cv-01026-SS<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING THE MOTION OF LACKAWANNA COUNTY EMPLOYEES' RETIREMENT FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

Having considered the Motion of Lackawanna County Employees' Retirement Fund for Appointment as Lead Plaintiff and Approval of its Selection of Counsel (the "Motion"), and with good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

  1.  The Motion is GRANTED.

  2.  Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Lackawanna County Employees' Retirement Fund is appointed to serve as Lead Plaintiff in the above-captioned action.

  3.  Kessler Topaz Meltzer & Check, LLP is approved as Lead Counsel for the class. Lead Counsel shall have the following responsibilities and duties to perform:

    a.  To brief and argue motions;

      b.      To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

      c.      To direct and coordinate the examination of witnesses in depositions;

      d.      To act as spokesperson at pretrial conferences;

      e.      To initiate and conduct any settlement negotiations with counsel for defendants;

      f.      To consult with and employ experts; and

      g.      To perform such other duties as may be expressly authorized by further order of this Court.

4.      George Brothers Kincaid & Horton, L.L.P. is appointed as Liaison Counsel for the Class.

5.      When an action arising out of the same subject matter as this action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

      a.      File a copy of this Order in the separate file for such action;

      b.      Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case, and to any new defendant(s) in the newly-filed case; and

      c.      Make the appropriate entry in the docket for this action.

6.      Each new case that arises out of the subject matter of this action shall be consolidated with this action.  This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days

after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of defendants' right to object to consolidation of any subsequently-filed or transferred related action.

DATED: _____

                                      THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE