UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | § § § § § | Civil Action No. 1:14-cv-01026-SS <u>CLASS ACTION</u> The Honorable Sam Sparks |
| Plaintiff, | § § | |
| vs. | § § | |
| HANGER, INC., et al., | § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF ALASKA ELECTRICAL PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

| **Document** | **Tab** |
|---|---|
| Affidavit of Joe Kendall in Support of Alaska Electrical Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel | 1 |

997540_1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF

system on this 12th day of January 2015 to all counsel of record.

/s/ Joe Kendall_____
JOE KENDALL