UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | § § § § § | Civil Action No. 1:14-cv-01026-SS<br><br>CLASS ACTION<br><br>The Honorable Sam Sparks |
| Plaintiff, | § § | |
| vs. | § § | |
| HANGER, INC., et al., | § § § | |
| Defendants. | § § § | |

**[PROPOSED] ORDER DENYING COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

997552_1

- 1 -

Having considered Alaska Electrical Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") and Alaska Electrical Pension Fund's Opposition to Competing Motions for Appointment as Lead Plaintiff and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that Alaska Electrical Pension Fund ("the Pension Fund") is appointed Lead Plaintiff;

3.      The Pension Fund's selection of Counsel is approved.  Pursuant to §21D(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class; and Kendall Law Group is approved as local counsel; and

4.      The competing motions filed by City of Pontiac General Employees' Retirement System and City of Pontiac Police and Fire Retirement System and Lackawanna County Employees' Retirement Fund are DENIED.

IT IS SO ORDERED.

DATED:_____

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

997552_1