IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>HANGER, INC., VINIT ASAR, and GEORGE MCHENRY,<br><br>       Defendants. | Case No. 1:14-cv-01026-SS<br><br>CLASS ACTION |

**WITHDRAWAL OF THE MOTION OF LACKAWANNA COUNTY EMPLOYEES'
RETIREMENT FUND FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF ITS SELECTION OF COUNSEL**

On January 12, 2015, putative class member Lackawanna County Employees' Retirement Fund ("Lackawanna County") filed a timely motion under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for appointment as lead plaintiff and approval of its selection of counsel (the "Motion").  *See City of Pontiac General Employees' Retirement System v. Hanger, Inc., et al.*, No. 1:14-cv-01026-SS (W.D. Tex.), ECF No. 16.  Two other motions for appointment as lead plaintiff have also been filed.  ECF Nos. 15, 17.

The PSLRA provides that in selecting a lead plaintiff, courts shall adopt a presumption that the movant who has the largest financial interest and otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure is the "most adequate plaintiff" to represent the class.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).  Based on representations made by the competing movants, it appears that Lackawanna County does not have the largest financial interest in this matter.  As such, Lackawanna County hereby withdraws its Motion.

This withdrawal is submitted without prejudice to Lackawanna County's rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of the above-captioned action through settlement, judgment, or otherwise.

DATED:  January 22, 2015                                          Respectfully submitted,

                                                      **GEORGE BROTHERS KINCAID & HORTON, L.L.P.**

                                                      */s/ Mark L. Kincaid*
Mark L. Kincaid (Bar Card No. 11431300)
1100 Norwood Tower
114 West 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
mkincaid@gbkh.com

2

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ  
  MELTZER & CHECK, LLP**  
Naumon A. Amjed  
Darren J. Check  
280 King of Prussia Road  
Radnor, PA 19087  
Telephone: (610) 667-7706  
Facsimile: (610) 667-7056  
namjed@ktmc.com  
dcheck@ktmc.com  

*Counsel for Lackawanna County Employees' Retirement Fund and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ <i>Mark L. Kincaid</i><br>
Mark L. Kincaid (Bar Card No. 11431300)