IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>HANGER, INC., VINIT ASAR, and GEORGE MCHENRY,<br><br>                      Defendants. | Case No. 1:14-cv-01026-SS<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING THE MOTION OF LACKAWANNA COUNTY EMPLOYEES' RETIREMENT FUND TO WITHDRAW ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL**

Having considered the Motion of Lackawanna County Employees' Retirement Fund to Withdraw its Motion for Appointment as Lead Plaintiff and Approval of its Selection of Counsel (the "Motion"), and with good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

    1.     The Motion is GRANTED.

    2.     The Motion of Lackawanna County Employees' Retirement Fund for Appointment as Lead Plaintiff and Approval of its Selection of Counsel (ECF No. 16) is hereby ordered WITHDRAWN.

    3.     This Order is made without prejudice to the rights of Lackawanna County Employees' Retirement Fund as a member of the proposed class, including, but not limited to,

the right to share in any recovery from the resolution of this action through settlement, judgment, or otherwise.

DATED: _____      _____
                                        THE HONORABLE SAM SPARKS
                                        UNITED STATES DISTRICT JUDGE