RECEIVED
JAN 23 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
JAN 23 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

City of Pontiac General Employees' Retirement System

-vs-

Hanger, Inc., et al.

Case No.: 1:14-cv-01026-SS

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Daniel S. Drosman__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent __Alaska Electrical Pension Fund__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Robbins Geller Rudman & Dowd LLP__, with offices at

   Mailing address: 655 W. Broadway, Suite 1900
   City, State, Zip Code: San Diego, CA 92101
   Telephone: 619/231-1058
   Facsimile: 619/231-7423

2. Since **4/9/1999**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **California**. Applicant's bar license number is **200643**.

3. Applicant has been admitted to practice before the following courts:

    Court:                                                    Admission date:

    **See Attachment A**

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | **Kendall Law Group, LLP** |
   | Mailing address: | **3232 McKinney Avenue, Suite 700** |
   | City, State, Zip Code: | **Dallas, TX  75204** |
   | Telephone: | **214/744-3000** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Daniel S. Drosman** to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

**Daniel S. Drosman**
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 20th day of January, 2015.

**Daniel S. Drosman**
[printed name of Applicant]

[signature of Applicant]

TIFFANY R. SIMS
Notary Public, State of Texas
My Commission Expires
February 07, 2017

1/20/15

ATTACHMENT A

| Court | Date of Admission |
|---|---|
| USDC, Northern Dist. of California | 9/15/2000 |
| USDC, Central Dist. of California | 5/2/2001 |
| USDC, Southern Dist. of California | 6/1997 |
| USDC, Dist. of Colorado | 5/7/2001 |
| USDC, Southern Dist. of New York | 10/29/1996 |
| USDC, Eastern Dist. of New York | 10/29/1996 |
| 9th Circuit Court of Appeals | 10/30/1997 |

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100023206
Cashier ID: oschroed
Transaction Date: 01/23/2015
Payer Name: ROBBINS GELLER RUDMAN AND DOWD
----------------------------------
PRO HAC VICE
 For: DANIEL S DROSMAN
 Case/Party: D-TXW-5-08-LB-000000-001
 Amount:        $100.00
----------------------------------
PAPER CHECK
 Check/Money Order Num: 112520
 Amt Tendered:  $100.00
----------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

1:14-CV-1026-SS; CITY OF PONTIAC
GENERAL EMPLOYEES' RETIREMENT
SYSTEM V. VINIT K. ASAR ET AL
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

City of Pontiac General Employees' Retirement System

-vs-

Hanger, Inc., et al.

Case No. 1:14-cv-01026-SS

### ORDER

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Daniel S. Drosman**_____ ("Applicant"), counsel for __**Alaska Electrical Pension**__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __**Alaska Electrical Pension Fund**__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE