FILED
2015 FEB 10 PM 2:32
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>HANGER, INC., et al.,<br><br>                      Defendants. | Civil Action No. 1:14-cv-01026-SS<br><br>CLASS ACTION<br><br>The Honorable Sam Sparks |

## ORDER

Today, the Court considered the Motion to Strike the Notice of Appearance citing Jamie McKey as attorney of record for Plaintiff, City of Pontiac General Employees' Retirement System, which was filed in error.

SO ORDERED.

Signed this 10th day of February, 2015.

_____
Hon. Judge Sam Sparks