**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

FILED
2015 FEB 10 PM 2: 32
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

CITY OF PONTIAC GENERAL EMPLOYEES'
RETIREMENT SYSTEM, on behalf of itself and
all others similarly situated,

                              Plaintiff,

                  v.

HANGER, INC., VINIT ASAR, GEORGE
MCHENRY,

                              Defendants.

Civil Action No. 1:14-cv-1026

Hon. Sam Sparks

## [PROPOSED] ORDER GRANTING THE MOTION OF THE CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM AND THE CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM TO WITHDRAW ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Having considered the Motion of the City of Pontiac General Employees' Retirement System and the City of Pontiac Police and Fire Retirement System (collectively, "Pontiac"), to Withdraw its Motion for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel (the "Motion"), and with good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Motion of the City of Pontiac General Employees' Retirement System and the City of Pontiac Police and Fire Retirement System for Appointment as Lead Plaintiff and Approval its Selection of Lead Counsel (ECF No. 15) is hereby ordered WITHDRAWN.

3. This Order is made without prejudice to the rights of Pontiac as a member of the proposed class, including, but not limited to, the right to share in any recovery from the

resolution of this action through settlement, judgment, or otherwise.

DATED: *February 10, 2015*

THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE