FILED

2015 FEB 10 PM 2: 32

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | § § § § § | Civil Action No. 1:14-cv-01026-SS<br><br>CLASS ACTION<br><br>The Honorable Sam Sparks |
| Plaintiff, | § § | |
| vs. | § § | |
| HANGER, INC., et al., | § § | |
| Defendants. | § § § § | |



[~~PROPOSED~~] **ORDER APPOINTING ALASKA ELECTRICAL PENSION FUND AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

997552_1

Having considered Alaska Electrical Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that Alaska Electrical Pension Fund ("the Pension Fund") is appointed Lead Plaintiff; and

3. The Pension Fund's selection of Counsel is approved. Pursuant to §21D(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class; and Kendall Law Group is approved as local counsel.

IT IS SO ORDERED.

DATED: February 10, 2015

*Sam Sparks*
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

997552_1

- 1 -