UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
2015 FEB 10 PM 2: 32

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>HANGER, INC., VINIT ASAR, and GEORGE MCHENRY,<br><br>              Defendants. | Civil Action No. 1:14-cv-01026-SS |

## STIPULATION AND [~~PROPOSED~~] ORDER 

        WHEREAS on November 12, 2014, City of Pontiac General Employees' Retirement System filed a putative class action on behalf of itself and others similarly situated against Hanger, Inc., Vinit Asar, and George McHenry, (collectively, "Defendants") in the Western District of Texas, Case No. 1:14-cv-01026;

        NOW THEREFORE, it is hereby STIPULATED and AGREED by and between the undersigned counsel for the parties as follows:

1. Defendants need not respond to the pending complaint.

2. Upon the appointment of lead plaintiff, Defendants and lead plaintiffs' counsel will confer regarding a schedule for the filing of an amended complaint and Defendants' answer to the amended complaint.


Dated:  December 8, 2014

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: /s/ Avi Josefson
    Avi Josefson
    1285 Avenue of the Americas
    New York, New York 10019
    Tel: (212) 554-1400
    Fax: (212) 554-1444

*Counsel for Plaintiff City of Pontiac General Employees' Retirement System and Proposed Lead Counsel for the Class*

KING & SPALDING LLP

By: /s/ Paul R. Bessette
    Paul R. Bessette
    Texas State Bar No. 02263050
    Michael J. Biles
    Texas Bar No. 24008578
    James P. Sullivan
    Texas Bar No. 24070702
    Tyler Highful
    Texas Bar No. 24083176
    401 Congress, Ste. 3200
    Austin, TX 78701
    Tel: 512.457.2050
    Fax: 512.457.2100

*Attorneys for Defendants Hanger, Inc., Vinit Asar, and George McHenry*

**SO ORDERED:**

Date: Austin, Texas
       February 10, 2015

_____
Honorable Sam Sparks
United States District Judge