FILED
2015 FEB 10 PM 2:32
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>HANGER, INC., et al.,<br><br>               Defendants. | Civil Action No. 1:14-cv-01026-SS<br><br><u>CLASS ACTION</u><br><br>The Honorable Sam Sparks |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Upon consideration of Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Tricia L. McCormick of Robbins Geller Rudman & Dowd LLP is hereby withdrawn as counsel of record for Alaska Electrical Pension Fund. The Clerk of the Court is directed to remove the above-named attorney from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED: 2-10-15

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE