UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>HANGER, INC., et al.,<br><br>       Defendants. | § § § § § § § § § § § § § § | Civil Action No. 1:14-cv-01026-SS<br><br><u>CLASS ACTION</u><br><br>The Honorable Sam Sparks |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that subject to any modifications stipulated to by the parties or so ordered by the Court, the following schedule shall govern:

1. Lead Plaintiff Alaska Electrical Pension Fund shall file and serve an Amended Complaint by April 17, 2015;

2. Defendants shall electronically file and serve an answer or otherwise respond to the Amended Complaint by June 15, 2015;

3. If defendants move to dismiss the Amended Complaint, Lead Plaintiff shall electronically file and serve an opposition to the motion by July 31, 2015; and

4. Defendants shall electronically file and serve a reply by August 31, 2015.

DATED: February 17, 2015　　　　　　　　KENDALL LAW GROUP, LLP
　　　　　　　　　　　　　　　　　　　　JOE KENDALL (State Bar No. 11260700)
　　　　　　　　　　　　　　　　　　　　JAMIE J. McKEY (State Bar No. 24045262)


　　　　　　　　　　　　　　　　　　　　　　　s/ JOE KENDALL
　　　　　　　　　　　　　　　　　　　　　　　　JOE KENDALL

　　　　　　　　　　　　　　　　　　　　3232 McKinney Avenue, Suite 700
　　　　　　　　　　　　　　　　　　　　Dallas, TX  75204
　　　　　　　　　　　　　　　　　　　　Telephone:  214/744-3000
　　　　　　　　　　　　　　　　　　　　214/744-3015 (fax)
　　　　　　　　　　　　　　　　　　　　jkendall@kendalllawgroup.com
　　　　　　　　　　　　　　　　　　　　jmckey@kendalllawgroup.com

　　　　　　　　　　　　　　　　　　　　Liaison Counsel

　　　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　　 & DOWD LLP
　　　　　　　　　　　　　　　　　　　　DANIEL S. DROSMAN
　　　　　　　　　　　　　　　　　　　　LUKE O. BROOKS
　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　　　San Diego, CA  92101
　　　　　　　　　　　　　　　　　　　　Telephone:  619/231-1058
　　　　　　　　　　　　　　　　　　　　619/231-7423 (fax)
　　　　　　　　　　　　　　　　　　　　dand@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　lukeb@rgrdlaw.com

Lead Counsel for Plaintiff

| | |
|---|---|
| DATED: February 17, 2015 | KING & SPALDING LLP<br>PAUL R. BESSETTE<br>MICHAEL J. BILES<br>JAMES P. SULLIVAN |

<u>               s/ PAUL R. BESSETTE            </u>
                  PAUL R. BESSETTE

401 Congress Avenue, Suite 3200
Austin, TX 78701
Telephone: 512/457-2000
512/457-2100 (fax)

Counsel for Defendants

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
                                                                    THE HONORABLE SAM SPARKS
                                                                    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 13th day of February 2015 to all counsel of record.

/s/ Joe Kendall_____
JOE KENDALL

# Mailing Information for a Case  1:14-cv-01026-SS City of Pontiac General Employees' Retirement System v. Asar et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Paul R. Bessette**
  pbessette@kslaw.com,jworsham@kslaw.com,ccisneros@kslaw.com

- **Michael J. Biles**
  mbiles@kslaw.com,kbryan@kslaw.com,jworsham@kslaw.com

- **Luke O. Brooks**
  lukeb@rgrdlaw.com,tjohnson@rgrdlaw.com

- **Daniel S. Drosman**
  dand@rgrdlaw.com,tjohnson@rgrdlaw.com

- **Gerald Thomas Drought**
  gdrought@mdtlaw.com,rboan@mdtlaw.com,kmilligan@mdtlaw.com

- **Avi Josefson**
  avi@blbglaw.com,matthew.mahady@blbglaw.com,errol.hall@blbglaw.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Mark L. Kincaid**
  mkincaid@gbkh.com,cgonzalez@gbkh.com

- **Jamie Jean McKey**
  jmckey@kendalllawgroup.com,administrator@kendalllawgroup.com,tsims@kendalllawgroup.com

- **Gerald H. Silk**
  jerry@blbglaw.com,matthew.mahady@blbglaw.com,errol.hall@blbglaw.com

- **James P. Sullivan**
  JSullivan@kslaw.com,kbryan@kslaw.com,jworsham@kslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`