IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CITY OF PONTIAC GENERAL EMPLOYEES'
RETIREMENT SYSTEM,
          **Plaintiff,**

-vs-                                              Case No. A-14-CA-1026-SS

VINIT K. ASAR; GEORGE McHENRY; and
HANGER, INC.,
          **Defendants.**

## O R D E R

BE IT REMEMBERED on this the 3rd day of March 2015, there was presented to the Court the Motion for Admission Pro Hac Vice [#48] filed by Ivy T. Ngo, counsel for Alaska Electrical Pension Fund, and the Court, having reviewed the motion, enters the following:

A person will be granted leave to appear pro hac vice before this Court if he is a member in good standing of a state bar and he either: (1) has an application *on file* for admission to the United States District Court for the Western District of Texas; or (2) has co-counsel who is a member of the United States District Court for the Western District of Texas. The Motion for Admission Pro Hac Vice lists as co-counsel "Kendall Law Group, LLP." Law firms do not practice law in federal court, only lawyers admitted to practice or with the permission of the Court practice in federal court, and therefore, the motion is deficient.

IT IS ORDERED that the Motion for Admission Pro Hac Vice [#48] is DISMISSED without prejudice to refiling of a proper motion.

SIGNED this the 3rd day of March 2015.

                                                                   *Sam Sparks*
                                                               UNITED STATES DISTRICT JUDGE