FILED

17 JAN 26 PM 1:58

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,**
**Plaintiff,**

**-vs-** **Case No. A-14-CA-1026-SS**

**HANGER, INC., VINIT K. ASAR, GEORGE McHENRY, and THOMAS KIRK,**
**Defendants.**

---

**O R D E R OF DISMISSAL**

BE IT REMEMBERED on this day, the Court entered an order in the above-styled cause granting Defendants Hanger, Inc. and Vinit Asar, Defendant Thomas Kirk, and Defendant George McHenry's motions to dismiss, and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that all claims brought by Lead Plaintiff Alaska Electrical Pension Fund are DISMISSED WITH PREJUDICE, and all costs are taxed against the Plaintiff, for which let execution issue.

SIGNED this the 26th day of January 2017.

Sam Sparks

SAM SPARKS
UNITED STATES DISTRICT JUDGE